## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:                                          CASE NO. 09-40281-TLH4
                                                CHAPTER 13

RICHARD NORMAN BURNS

            Debtor(s)         /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR:NEXTCARD MASTER TRUST which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 405187 in the amount of 30.90 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

RICHARD NORMAN BURNS
P.O. BOX 123
TROUT, LA 71371

NEXTCARD MASTER TRUST
CARDMEMBER SERVICES
157 TECHNOLOGY PKWY, STE. 900
NORCROSS, GA 30092

AND

THOMAS B. WOODWARD, ESQ.
POST OFFICE BOX 10058
TALLAHASSEE, FL 32302

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

12/29/2010  1:29 pm / CR_213